MAILED TO COUNSEL 5/7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
TODD BAILEY,                        :    07 Civ. 9469 (LAP) (HBP)
                                    :
              Plaintiff,            :           ORDER
                                    :
         v.                         :
                                    :
C.O. EDWIN SLOLY, et al.,           :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

   In light of:  (1) Magistrate Judge Pitman's Report and Recommendation dated February 4, 2008, recommending that Plaintiff's motion for a default judgment be denied without prejudice to renewal for failure to conform with Local Civil Rules 55.1 and 55.1; and (2) Defendants' filing an answer on February 8, 2008; it is hereby Ordered that Defense counsel shall propose a discovery schedule by letter no later than May 15, 2008.  If Plaintiff objects, he shall so inform the Court within one week of receipt.

SO ORDERED:

DATED:   New York, New York
         May 7, 2008

                              _Loretta A Preska_
                              LORETTA A. PRESKA, U.S.D.J.