USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

MAILED TO COUNSEL 5/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TODD BAILEY                       :
                Plaintiff,        :    07 Civ. 9469 (LAP)(HBP)
                                  :
    -against-                     :    ORDER
                                  :
C.O. EDWIN SLOLY, et al.          :
                                  :
                Defendants        :
----------------------------------X

PITMAN, United States Magistrate Judge:

Since plaintiff is incarcerated, it is impractical to have an in-person conference to discuss scheduling. Accordingly, I propose the following schedule for pretrial proceedings in this matter.

1. Any motions to amend the pleadings or to join additional parties shall be served and filed no later than May 27, 2008.

2. All parties shall make all disclosures required by Fed. R. Civ. P. 26(a)(1) no later than May 27, 2008.

3. All discovery is to be completed no later than September 26, 2008.

4. Plaintiff shall make all disclosures required by Fed. R. Civ. P. 26(a)(2) (expert disclosures) no later than July 28, 2008.

5. Defendants shall make all disclosures required by Fed. R. Civ. P. 26(a)(2) (expert disclosures) no later than August 27, 2008.

6. Dispositive motions, if any, shall be served no later than October 27, 2008.

7. The Pretrial Order in the form required by Judge Preska's rules, along with all other pretrial submissions required by Judge Preska, shall be filed no later than November 27, 2008 or thirty (30) days after the decision on any dispositive motion, whichever is later.

No later than May 27, 2008, the parties shall advise me in writing whether they object to the proposed schedule. Unless I hear an objection, it is my intention to enter an Order in accordance with the schedule proposed above.

Dated: New York, New York
       March 31, 2008

SO ORDERED

*[signature]*
HENRY PITMAN
United States Magistrate Judge

May 16 2008

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Copies Mailed To:

Mr. Todd Bailey
349-06-22935
OBCC/CPSU
1600 Hazen Street
#3 South
#4 Cell
East Elmhurst, New York 11370

Caryn Rosencrantz, Esq.
Sabrina Melissa Tann, Esq.
Assistant Corporation Counsel
City of New York
Law Department
100 Church Street
New York, New York 10007