MAILED TO COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Bailey v. Diaz
07 Civ. 9469 (LAP)

## ORDER

    By order dated May 19, 2008, the Court required any party who objected to the dates proposed therein to so inform the Court by May 27. No such objections were received. Accordingly, the dates set out in the May 19 order are ordered.

    By Report and Recommendation dated February 4, 2008, Magistrate Judge Pitman recommended that Plaintiff's motion for a default judgment be denied without prejudice due to Plaintiff's failure to comply with the applicable local rules. No objections were received to the Report and Recommendation. To the extent that the Report and Recommendation is not mooted by Defendants' filing of an Answer (dkt. no. 11), the Report and Recommendation is adopted.

June 2, 2008

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.